| | | |
|---|---|---|
| Wex Bank<br>PO Box 639<br>Portland, ME 04104 | ABE Federal Credit Union<br>711 Front Street<br>Rockville Centre, New York 11570 | Avi and Naomi Kasten<br>237 West Market Street<br>Long Beach, New York 11501 |
| Robert Phillips<br>3784 Carrel Boulevard<br>Oceanside, New York 11572 | Mantis Funding LLC<br>c/o Jeffrey Zachter, Esq.<br>30 Wall Street, 8th Floor<br>New York, New York 10005 | Mantis Funding<br>64 Beaver Street<br>Suite 344<br>New York, New York 10004 |
| Steven Cayne<br>12102 Aspen Wood Drive<br>Plainview, New York 11803 | American Express<br>PO Box 981540<br>El Paso, TX 79998 | ABE Federal Credit Union<br>711 Front Street<br>Rockville Centre, NY 11570 |
| Avi and Naomi Kasten<br>237 West Market Street<br>Long Beach, New York 11561 | Robert Phillips<br>3784 Carrel Boulevard<br>Oceanside, New York 11572 | Darlene Rosario<br>104 South Village Avenue<br>Apartment 3H<br>New York, New York 11570 |
| Capital Advance Services LLC<br>c/o Renata Bukhman, Esq.<br>17 State Street, Suite 4000<br>New York, New York 10004 | Cash Crunch<br>c/o Ariel Bouskila, Esq.<br>Berkovitch & Bouskila PLLC<br>40 Exchange Place, Suite 1306<br>New York, New York 10005 | |