Long Island Garage Doors, Inc.
c/o The Law Office of Jared P. Turman
330 West 38th Street, Room 701
New York, New York 10018-8551